UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case nos: 26-mj-3002-JDH |
| | ) | 26-mj-3003-JDH |
| ERIC HUTCHINSON, | ) | |
| Defendant. | ) | |

## MOTION TO UNSEAL SEARCH WARRANTS

The United States of America hereby moves the Court to unseal the search warrant applications, supporting affidavit, search warrants, and all related documents in the above-captioned cases.

In support, the government states that the defendant was charged by criminal complaint on January 20, 2025, in the District of Rhode Island. *See* 26-cr-48-JJM-PAS. Accordingly, the sealing of these materials is no longer justified, as they pertain to an investigation that is no longer covert.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: June 11, 2026          By   *Christine Wichers*
                                   CHRISTINE WICHERS
                                   Assistant U.S. Attorney

SO ORDERED:

_____          _____
HON. JESSICA D. HEDGES                    DATE
UNITED STATES MAGISTRATE JUDGE